UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
IK HEE YU,

                Plaintiff,            **ECF CASE**

    -against-                     Docket No. 08-CV-1308(AKH)(AJP)

                                          **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                Defendants.
--------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
           March 28, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                            the City of New York
                                            Attorney for defendants City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 442-0832
                                            (212) 788-9776 (fax)


                                            By:   s/ Hugh A. Zuber            .
                                                  Hugh A. Zuber (HZ 4935)
                                                  Assistant Corporation Counsel

- 2 -

TO:    The Clerk of the Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

CC:    Jeffrey Rothman, Esq.
315 Broadway, Suite 200
New York, New York 10007