UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IK HEE YU,

                      Plaintiff,              **ECF CASE**

    -against-                        Docket No. 08-CV-1308(AKH)(AJP)

                                          **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                      Defendants.
---------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Vincent Bavaro and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          April 27, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of
                                    the City of New York
                                    Attorney for defendants City of New York
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 442-0832
                                    (212) 788-9776 (fax)

                                    By:   s/ Hugh A. Zuber            .
                                          Hugh A. Zuber (HZ 4935)
                                          Assistant Corporation Counsel

- 2 -

TO: The Clerk of the Court (By ECF)
 United States District Court
 Southern District of New York
 500 Pearl Street
 New York, New York 10007

CC: Jeffrey Rothman, Esq.
 315 Broadway, Suite 200
 New York, New York 10007